**FILED**

MAY 14 2019

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Magistrate Case No. **19MJ1991** |
| Plaintiff, ) | |
| ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | |
| ) | Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) |
| Jesus Gerardo ROSALES, ) | Bringing in Unlawful Alien(s) |
| ) | Without Presentation |
| Defendant. ) | |

The undersigned complainant, being duly sworn, states:

On or about May 14, 2019, within the Southern District of California, Defendant, Jesus Gerardo ROSALES, with the intent to violate the immigration laws of the United States, knowingly and in reckless disregard of the fact that alien(s), namely, Basilio SANTIAGO-Simon and Eduardo Israel MARTINEZ-Pena, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien(s), and upon arrival did not bring and present said alien(s) immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Steven S. Serrano, CBP Enforcement Officer
U.S. Customs and Border Protection

Sworn to before me and subscribed in my presence this 14th day of May, 2019.

_____
HON. MICHAEL S. BERG
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Basilio SANTIAGO-Simon and Eduardo Israel MARTINEZ-Pena, are citizens of a country other than the United States; that said aliens have admitted they are deportable; that their testimony is material, that it is impractical to secure their attendance at trial by subpoena and that they are material witnesses in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

On May 14, 2019, at approximately 12:25 A.M., Jesus Gerardo ROSALES (Defendant), a United States citizen, entered the United States from Mexico via the San Ysidro, California Port of Entry as the driver of a Jeep Grand Cherokee bearing California license plates. Defendant was accompanied by his three minor children. A United States Customs and Border Protection (CBP) Canine Enforcement Officer (CEO) was conducting pre-primary roving operations with his Narcotics Human Detection Dog (NHDD). At that time the CEO received an alert followed by an indication to the odor of concealed humans from his NHDD to the rear undercarriage of the Jeep Grand Cherokee. The CEO conducted a cursory inspection of the vehicle and discovered a non-factory compartment within the undercarriage of the vehicle. The CEO made contact with Defendant who stated he was going to Chula Vista, CA, had nothing to declare from Mexico, and was at the Dentist in Mexico with his children. Defendant was secured and escorted with his minor children to the security office, the vehicle was driven into secondary for further inspection.

In secondary, CBP Officers assisted and removed two adult males from a compartment built in the vehicle's spare tire well. The individuals, later identified as Basilio SANTIAGO-Simon (MW1) and Eduardo Israel MARTINEZ-Pena (MW2), were determined to be citizens and nationals of Mexico without lawful documents to enter, reside, or pass through the United States.

During a video recorded interview, the Material Witnesses stated they are citizens and nationals of Mexico without documents to enter the United States. The Material Witnesses stated they were to pay $14,000 USD each to be smuggled into the United States. The Material Witnesses stated they were going to Los Angeles, CA to seek work and residence.