# UNITED STATES DISTRICT COURT
for the
Southern District of California

United States of America )
v. )
__Jesus Rosales__ ) Case No. 19 mj 1991
_Defendant_ )

**FILED**
May 20 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY  s/ mariar  DEPUTY

## STIPULATED CONTINUANCE OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1.

I agree to continue my preliminary hearing date to the date of my arraignment for the following reason(s):
- [X] to obtain/review discovery
- [ ] to obtain/consider a pre-indictment offer from the United States
- [ ] other reason:

Date: 5-16-19

_Defendant's signature_

_Signature of defendant's attorney_

Nancy B. Rosenfeld    #99108
_Printed name and bar number of defendant's attorney_

444 West C Street, Ste. 210
San Diego, CA  92101
_Address of defendant's attorney_

nrosenfeld11@gmail.com
_E-mail address of defendant's attorney_

619-234-3616
_Telephone number of defendant's attorney_

For good cause, taking into account the public interest in the prompt disposition of criminal cases, and with the defendant's consent, the Court continues the preliminary hearing date to 6/11/19 @ 9:00a (JLB)

Date: 5/20/2019

United States Magistrate Judge