Case 3:19-mj-01991-MSB   Document 13   Filed 05/16/19   PageID.20   Page 1 of 1

(Rev. 8/19/16)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA



FILED
MAY 1 6 2019
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA, Plaintiff, | ) CRIMINAL CASE NO. 19-mj-01991 |
|---|---|
| v. | ) |
|  | ) ORDER AND CONDITIONS OF |
| Jesus Gerardo Rosales | ) MATERIAL WITNESS PRETRIAL RELEASE: |
| Defendant. | ) BAIL (18 U.S.C. §§ 3142(c), 3144) |

A hearing was held to determine pretrial conditions of release of Material Witness  **Basilio Santiago-Simon**  pursuant to 18 U.S.C. §§ 3142, 3144. The Federal Judge determined an unconditional release pursuant to 18 U.S.C. §3142(b) is not sufficient to assure the appearance of the material witness. Thus, conditions of pretrial release are necessary pursuant to 18 U.S.C. §§3142(c), 3144. *Good cause appearing,*

**IT IS ORDERED** that the material witness shall be released subject to the condition that the material witness: *(a) not commit a federal, state or local crime during the period of release, (b) make all court appearances, (c) testify honestly and truthfully, and (d) comply with the conditions itemized below, as indicated by (✓), in accordance with 18 U.S.C. 3142(c)(2):*

**STANDARD CONDITIONS:**

- ✓ 1. Restrict travel to ❑ San Diego County, ❑ Southern District of California, ❑ Central District of California, ❑ State of California, ❑ United States, ❑ Do not enter Mexico, ❑ other:_____
- ✓ 2. report for supervision to Pretrial Services Agency (PSA) as directed by the assigned PSO and pay for the reasonable costs of supervision in an amount determined by PSA and approved by the Court;
- ✓ 3. not possess or use any narcotic drug or controlled substance, (defined in 21 U.S.C. §802), without a lawful medical prescription;
- ✓ 4. not possess any firearm, dangerous weapon or destructive device during the pendency of the case;
- ✓ 5. read, or have explained, and acknowledge understanding of the Advice of Penalties and Sanctions Form;
- ✓ 6. provide a current residence address and phone number prior to release and keep it current while case is pending;
- ___ 7. satisfy any agency conditions required to legally remain in the United States during the pendency of the criminal proceeding;
- ✓ 8. surrender to the United States Marshal's Service or the Department of Homeland Security as directed by the Court, Pretrial Services, the attorney or agent for the United States, or counsel for the material witness.

**ADDITIONAL CONDITIONS:**

- ___ 9. execute a personal appearance bond in the amount of $_____ secured by a 10% cash deposit.
- ✓ 10. execute a personal appearance bond in the amount of $ **1,000.00** secured by:

    ❑ a trust deed to the United States on real estate approved by a Federal Judge;

    ✓ the co-signatures of _____ One (1) _____ financially responsible (related) adult;

    ❑ Nebbia Hearing   ❑ Exam of Sureties   ❑ Other:

    ✓ a cash deposit of $ **10%**.

- ___ 11. provide the court with: ❑ A cash bond and/or ❑ execute a bail bond by an approved solvent corporate surety in the amount of $_____ that covers **ALL** conditions of release (not just appearances).
- ___ 12. other conditions:

_____

Dated: 5/16/2019                            _____
                                            Magistrate Judge, Honorable Michael S. Berg