# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs )
)
Jesus Gerardo Rosales )
)
)

CASE NUMBER 19mj1991 - MSB

ABSTRACT OF ORDER

Booking No. 75054298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of _____ 5/23/19 _____

the Court entered the following order:

____X____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

____X____ Defendant released on $ 10,000 P/S + 1FRA _____ bond posted.

_____ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other._____

Michael S. Berg
UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

OR

Received _____
DUSM   4/28

JOHN MORRILL
by _____

Clerk

Deputy Clerk M. Rutledge

X 6695

Crim-9   (Rev. 8-11)

★ U.S. GPO: 1996-783-398/40151

CLERK'S COPY