PS 8B
(05/08)

June 10, 2019

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF CALIFORNIA

### Request for Modifying the Conditions of Pretrial Release

**Name of Defendant:** Jesus Gerardo Rosales      **Dkt No.:** 3:19MJ-01991-MSB-1

**Name of Judicial Officer:** The Honorable Michael Berg, U.S. Magistrate Judge

**Date Conditions Were Ordered:** May 14, 2019, before the Honorable Michael Berg, U.S. Magistrate Judge

**Conditions of Release:** *Mandatory Conditions* - not violate federal, state, or local law during the period of release; must cooperate in the collection of DNA sample as authorized by 42 U.S.C. section 14135a. *Standard Conditions* - must appear in court as ordered; surrender as directed to serve any sentence; not posses a firearm, destructive device, or other dangerous weapon; must legally transfer all firearms as directed by Pretrial Services; not use or posses a narcotic drug or other controlled substance without a lawful medical prescription; must not use or possess marijuana under any circumstances; report for supervision to Pretrial Services Agency (PSA) as directed by the Pretrial Services Officer and follow all directions of the Pretrial Services Officer; provide a current residence address and phone number and keep it current while case is pending; travel restricted to Imperial County and San Diego County; may not enter Mexico; *Additional Conditions* - surrender any valid passport and may not obtain new travel documents; surrender any valid passport to the Pretrial Services Office and not obtain a passport or other international travel document.

**Modification:** None

**Date Released on Bond:** May 23, 2019

**Charged Offense:** 8:1324(a)(2)(B)(iii) - Bringing in Unlawful Alien(s) Without Presentation

**Next Court Hearing:** June 11, 2019 at 9:00 a.m. before the Honorable Jill. L. Burkhardt, U.S. Magistrate Judge

**Asst. U.S. Atty.:** Michael Lasater      **Defense Counsel**: Christian Ham (Appointed)
    (619) 546-8893      (619) 236-1983

**Prior Violation History:** None

PS 8B
(05/08)

**Name of Defendant:** Jesus Gerardo Rosales June 10, 2019
**Docket No.**: 3:19MJ-01991-MSB-1 Page 2

# PETITIONING THE COURT

## TO MODIFY THE CONDITIONS OF SUPERVISION AS FOLLOWS:

PRAYING THE COURT WILL ORDER THE DEFENDANT TO SUBMIT TO TESTING AND/OR TREATMENT FOR DRUGS/ALCOHOL NO MORE THAN EIGHT TIMES PER MONTH, AS DIRECTED BY THE PRETRIAL SERVICES OFFICE. TESTING MAY INCLUDE URINE TESTING, THE WEARING OF A SWEAT PATCH, A REMOTE ALCOHOL TESTING SYSTEM, AND/OR ANY FORM OF PROHIBITED SUBSTANCE SCREENING OR TESTING. PRETRIAL SERVICES NEED NOT NOTIFY THE COURT OF TEST RESULTS ATTRIBUTED TO RESIDUAL ELIMINATION.

## CAUSE

On June 3, 2019, the defendant met with the undersigned for a post release intake interview. Mr. Rosales reported he last used marijuana on May 8, 2019, prior to his arrest. The defendant reported he used marijuana daily for the past ten years to help him sleep. The defendant reported he is not opposed to a drug testing or treatment condition being added to his conditions of release. The defendant's past drug use history was not known to Pretrial Services prior to his initial court hearing.

On June 5, 2019, the undersigned contacted Defense Counsel, Christian Hamm, Assistant U. S. Attorney Michael Lassater, and the defendant's surety, Cesar Rosales, in order to inform them of our request to modify the defendant's conditions of release. All parties reported no objection to the modification.

PS 8B
(05/08)

**Name of Defendant:** Jesus Gerardo Rosales                                June 10, 2019
**Docket No.:** 3:19MJ-01991-MSB-1                                                    Page 3

**I declare under penalty of perjury that the foregoing is true and correct.**

**Executed on:** June 10, 2019

Respectfully submitted:                                Reviewed and approved:

by  *(signature)*                                       *(signature)*
Joey Espinoza                                           Moises Santos
United States Pretrial Services Officer                 Supervising U.S. Pretrial Services Officer
(619) 321-1423
Place: San Diego, California


**THE COURT ORDERS:**

     X          **AGREE**, ORDER THE DEFENDANT TO SUBMIT TO TESTING AND/OR TREATMENT FOR DRUGS/ALCOHOL NO MORE THAN EIGHT TIMES PER MONTH, AS DIRECTED BY THE PRETRIAL SERVICES OFFICE. TESTING MAY INCLUDE URINE TESTING, THE WEARING OF A SWEAT PATCH, A REMOTE ALCOHOL TESTING SYSTEM, AND/OR ANY FORM OF PROHIBITED SUBSTANCE SCREENING OR TESTING. PRETRIAL SERVICES NEED NOT NOTIFY THE COURT OF TEST RESULTS ATTRIBUTED TO RESIDUAL ELIMINATION.

              Other _____

*(signature)*                                                              8:17 PM, Jun 10, 2019

The Honorable Michael S. Berg                                              Date
U.S. Magistrate Judge